Todd M. Friedman, Esq. (216752)
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
369 S. DOHENY DR. #415
BEVERLY HILLS, CA 90211
877 206-4741
866 633-0228 facsimile
tfriedman@AttorneysForConsumers.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN SHENTON,<br><br>Plaintiff,<br><br>vs.<br><br>ARS NATIONAL SERVICE, INC.,<br><br>Defendant. | Case No. 3:10-cv-02707-MEJ<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

**NOTICE IS HEREBY GIVEN** that Plaintiff has filed with the Clerk of the Northern District Court of California, Plaintiff's Notice of Voluntary Dismissal With Prejudice, a copy of which is hereby served upon Defendant.

RESPECTFULLY SUBMITTED this 30th day of August, 2010.

By: s/Todd M. Friedman
Todd M. Friedman, Esq.
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
369 S. DOHENY DR. #415
BEVERLY HILLS, CA 90211
877 206-4741
866 633-0228 facsimile
tfriedman@AttorneysForConsumers.com
Attorney for Plaintiff

1  Filed electronically on this 30th day of August, 2010 with:

2  United States District Court CM/ECF system

3

4  And hereby served upon all parties

5  Notification sent on this 30th day of August, 2010, via the ECF system to:

6  Honorable Maria-Elena James
7  Judge of the United States District Court
   Northern District of California
8

9  Copy sent via mail on this 30th day of August, 2010, to:

10 Shannon Smith
11 Risk and Litigation Analyst
   ARS National Services, Inc.
12 960 S Andreasen Avenue
13 Escondido, CA 92107

14

15 By: s/Todd M. Friedman
        Todd M. Friedman
16